10/13/2021
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____IV_____ DEPUTY

**UNITED STATES OF AMERICA**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JS-6

| | |
|---|---|
| MAURICE FRANKLIN ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:21-CV-01413JWH |
| ) | (SPx) |
| v. ) | |
| ) | |
| MAXIMUS INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S VOLUNTARY STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Maurice Franklin, *pro se*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and, prior to the Defendant's filing of an answer or motion for summary judgement, hereby files this notice of his voluntary dismissal of this action without prejudice.

Respectfully submitted this 14th day of October 2021.

s/ _____
Maurice Franklin
*Pro Se*
17716 Robusta Dr
Riverside, CA 92503
773-749-8238